AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

USA

V.

Leonard Rowe

## EXHIBIT AND WITNESS LIST

Case Number: 1:08M91M

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Martin | Shah | Fitzgerald |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6-10-08 | FTR | J. Noël |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 6-10 | | | Gov't #1 Wit. Paul Sugrue, sworn |
| 1 | | | 6-10 | Full 6-10 | complaint & affidavit |
| | A | | 6-10 | Full 6-10 | sex offender registration notice from GA |
| 2 | | | 6-10 | Full 6-10 | Affidavits from GA / 2002 + 2006 warrants executed |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.