IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

LEONARD F. ROUPE

Criminal No. CR 08 57ML
In violation of 18 U.S.C. §2250

FILED
JUN 25 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I
18 U.S.C. §2250 (Failure to Register)

Beginning in or around April 27, 2008 and continuing through June 5, 2008, in the District of Rhode Island, LEONARD F. ROUPE, an individual required to register under the Sex Offender Registration and Notification Act and who traveled in interstate commerce, did knowingly fail to register and update a registration with respect to his residence as required by the Sex Offender Registration and Notification Act, all in violation of Title 18, United States Code, Section 2250.

COUNT II
18 U.S.C. §2250 (Failure to Register)

Beginning in or around April 27, 2008 and continuing through June 5, 2008, in the District of Rhode Island, LEONARD F. ROUPE, an individual required to register under the Sex Offender Registration and Notification Act and who traveled in interstate commerce, did knowingly fail to register and update a registration with respect to his employment as required by the Sex Offender Registration and Notification Act, all in violation of Title 18, United States Code, Section 2250.

A TRUE BILL:

REDACTED

Date: 6/25/08

ROBERT CLARK CORRENTE
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division