UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**CRIMINAL CASES:**

| | |
|---|---|
| CR 08-029-01ML | USA v. Andres Abreu-Sanchez - **MJ Martin** **(Illegal Re-entry)** |
| CR 08-041-01ML | USA v. Juan Lopez-Acevedo - **MJ Martin** **(Intent to distribute heroin)** |
| CR 08-042-02ML | USA v. Ricardo Quezada, - **MJ Martin** **(Conspiracy to distribute heroin)** |
| CR 08-042-03ML | USA v. Pedro Ramos - **MJ Martin** **(Conspiracy to Distribute heroin)** |
| CR 08-042-04ML | USA v. Rosalin Chavez - **MJ Martin** **(Conspiracy to Distribute heroin)** |
| CR 08-045-01ML | USA v. Dolores LaFlamme - **MJ Martin** **(Conspiracy to Produce unlawful ID's)** |
| CR 08-046-01ML | USA v. Jose Hilario - **MJ Martin** **(Possession of child pornography)** |
| CR 08-054-01ML | USA v. David R. Cahill - **MJ Martin** **(Bank Robbery)** |
| CR 08-057-01ML | USA v. Leonard Roupe - **MJ Martin** **(Failure to register as a sex offender)** |
| CR 08-060-01ML | USA v. Santiago Medina-Rosado - **MJ Martin** **(Intent to Distribute Cocaine)** |

TRIAL NOTICE

You are hereby notified that the above-captioned cases are on the **September, 2008** trial calendar.

Counsel must be present for impanelment of the jury on **Thursday, September 11, 2008, at 9:30 a.m.** before U.S. Magistrate Judge Lincoln D. Almond or Magistrate Judge David L. Martin. The above cases may or may not be reached for trial in the order listed. It is counsel's responsibility to keep informed of the status of their cases.

**Any pre-trial memoranda not previously filed must be filed on or before August 28, 2008.**

Counsel are reminded that all exhibits should be pre-marked as stated in the Pre Trial Order and if any court equipment (i.e. overhead projector; VCR etc) is needed during the trial, counsel are to give the courtroom deputy at least 24 hours notice of what they need.

Counsel are reminded that every effort should be made to settle the case before jurors are summoned for impanelment. Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than seven (7) days before the scheduled impanelment date. Jury costs and/or counsel fees may be assessed against one or more of the parties and/or their counsel if the court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

*****All counsel must file a complete copy of their voir dire questions and in civil case, counsel will also file a brief statement of the facts. These documents are to be filed in the clerk's office no later than September 4, 2008.**

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
August 4 , 2008