IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

LEONARD F. ROUPE

Criminal No. 08-057ML

JOINT MOTION TO CONTINUE

The United States and Defendant Leonard Roupe, by and through their respective counsel, jointly move the Court to continue deadlines in this matter by 45 days or as the Court deems necessary. The trial memorandum submission, pre-trial conference, and jury selection dates all fall in the next few weeks and this matter has been placed on the September trial schedule.

Defendant's counsel plans to submit a motion to dismiss, and the United States has no objection to the timing of Defendant's submission. The Court's ruling on this motion will likely narrow matters for trial significantly, will assist the parties in plea negotiations, and will conserve Court resources. More generally, the parties submit that a continuance is in the interest of justice.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U. S. Attorney,
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000, 401-709-5001 (fax)
milind.shah@usdoj.gov

LEONARD F. ROUPE,

By his Attorney,

/s/ Kevin J. Fitzgerald
KEVIN J. FITZGERALD
Federal Public Defendant's Office
10 Weybosset Street, Suite 300
Providence, RI 02903
401-528-4281, 401-528-4285 (fax)
Kevin_Fitzgerald@fd.org

CERTIFICATE OF SERVICE

On the 15th day of August, 2008, the United States of America and Leonard F. Roupe, as parties filing jointly, caused the within "Joint Motion to Continue" to be filed and served on both parties electronically and it is available for viewing and downloading from the ECF system.

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U. S. Attorney,
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000, 401-709-5001 (fax)
milind.shah@usdoj.gov

LEONARD F. ROUPE, By his attorney,
/s/ Kevin J. Fitzgerald
KEVIN J. FITZGERALD
Federal Public Defendant's Office
10 Weybosset Street, Suite 300
Providence, RI 02903
401-528-4281, 401-528-4285 (fax)
Kevin_Fitzgerald@fd.org